Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste. 202
Brooklyn, New York 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                        Case No.: - Case No.: 1-19-41689-ess
                                                Chapter 11

Café Service Co, Inc., et.al.              (Jointly Administered)


                                  Debtors[2]
------------------------------------------------------------X

## NOTICE OF MOTION REQUESTING ORDER APPROVING DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that, pursuant to 11 U. S. C. § 1125(b) and Fed. R. Bankr. P. 3017(a), the debtors by its counsel, the Law Offices of Alla Kachan, P.C., will request that this Court enter an Order approving the Amended Disclosure Statement. Said hearing shall be conducted before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on **May 27, 2021 at 11:00 A.M.**, in the United States Bankruptcy Court –Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201, or as soon thereafter as counsel can be heard.

---

[2] [2]The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's employer identification number, are as follows: Café Service Co., Inc. (7141), Yiorgos, LLC (3611), Lefkara Taxi, LLC (6142), Kefalonia Taxi, LLC (0386), Robola, Inc. (1626), Tarifa, LLC (3550), Crossways Cab, Corp. (8364), Devox, Inc (6897), Anesthitos, Inc. (2762). The mailing address for the Debtors, solely for purposes of notices and communications, is: 11-06 Broadway, Astoria, NY, 11106.

**PLEASE TAKE FURTHER NOTICE** that any objection to the within Motion must be in writing and must state with particularity the grounds of the objection. The objection must be filed with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov, and a copy of the objection must be served upon the undersigned counsel for the debtors so as to be received no later than seven (7) days before the hearing date.

Dated: Brooklyn, New York  
      April 22, 2021

*/s/ Alla Kachan*  
Alla Kachan, Esq.  
Law Offices of Alla Kachan  
2799 Coney Island Avenue, Ste. 202.  
Brooklyn, NY 11235  
Tel.: (718) 513-3145

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste. 202
Brooklyn, New York 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                                        Case No.: 1-19-41689-ess
                                                        Chapter 11

Café Service Co, Inc., et.al.                  (Jointly Administrated)
            Debtors[1]

-------------------------------------------------------------X

## APPLICATION FOR ORDER APPROVING THE DISCLOSURE STATEMENT FILED BY DEBTOR

Café Service Co, Inc., et.al debtors and Debtors-in-Possession (hereinafter, the "Debtors") submits this application (the "Application") pursuant to section 1125(b) of title 11 of the United States Code (the "Bankruptcy Code") and Fed. R. Bankr. P. 3017(a) for an Order approving the Amended Disclosure statement filed by the Debtors on April 22, 2021. In support of this application, the Debtors respectfully represents to this Honorable Court as follows:

1.     The Debtors commenced this proceeding by filing a voluntary petition in the United States Bankruptcy Court for the Eastern District of New York under Chapter 11 of the Bankruptcy Code, on March 22, 2019 (the "Petition Date").

---

[1] [1]The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's employer identification number, are as follows: Café Service Co., Inc. (7141), Yiorgos, LLC (3611), Lefkara Taxi, LLC (6142), Kefalonia Taxi, LLC (0386), Robola, Inc. (1626), Tarifa, LLC (3550), Crossways Cab, Corp. (8364), Devox, Inc (6897), Anesthitos, Inc. (2762). The mailing address for the Debtors, solely for purposes of notices and communications, is: 11-06 Broadway, Astoria, NY, 11106.

2. On November 22, 2019 the Debtors filed a motion seeking the retention of Alla Kachan, Esq. as bankruptcy counsel for the Debtors.

3. On May 2, 2019 the Debtors filed a motion seeking the retention of Wisdom Professional Services Inc. as an accountant for the Debtors.

4. Pursuant to Section 341 of the Bankruptcy Code, a meeting of creditors was held on July 8, 2019.

5. The Debtors filed Amended Chapter 11 Plan and Disclosure Statement on April 22, 2021.

6. The Debtors seeks approval of the Amended Disclosure Statement.

7. The Debtors avers that the filed the disclosure statement comports with the requirements of "adequate information," pursuant to 11 U. S. C. § 1125.

WHEREFORE, the Debtors requests that the Court enter an Order approving the Disclosure Statement filed by the Debtors, and for such other relief as this Court deems just and proper.

Dated: Brooklyn, New York
April 22, 2021

/s/ Alla Kachan
Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste. 202
Brooklyn, New York 11235